## VIRGINIA AUSTER *v.* NORWALK UNITED METHODIST CHURCH

The plaintiff's petition for certification for appeal from the Appellate Court, 94 Conn. App. 617 (AC 25390), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that there was sufficient evidence to support the jury's conclusion that the defendant was a keeper of the dog?

"2. Did the Appellate Court correctly conclude that the trial court's admission of evidence of insurance was prejudicial?"

The Supreme Court docket number is SC 17672.

*Robert F. Maslan, Jr.,* and *Amy J. Garvin,* in support of the petition.

*Robert C. E. Laney,* in opposition.

Decided May 24, 2006

## STATE OF CONNECTICUT *v.* ARMANDO RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 94 Conn. App. 812 (AC 25609), is denied.

*Raymond L. Durelli,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided May 24, 2006